IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN WESLEY WILLIAMS, III,

    Plaintiff,

v.                                      CASE NO. 5:12-cv-191-RS-GRJ

DR. VILCHENZ, et al.,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 6). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's motion for leave to proceed as a pauper (Doc. 2) is **DENIED**.

3. The case is **DISMISSED** for abuse of the judicial process and for failure to state a claim upon which relief may be granted.

4. The clerk is directed to close the file.

**ORDERED** on August 22, 2012.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**